IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSIE BADGER and EMILY GELLATLY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHILLIPS EDISON GROCERY CENTER REIT I, INC. d/b/a PHILLIPS EDISON & COMPANY; PHILLIPS EDISON GROCERY CENTER REIT II, INC.; PHILLIPS EDISON GROCERY CENTER OPERATING PARTNERSHIP I, LP; PHILLIPS EDISON GROCERY CENTER OPERATING PARTNERSHIP II, LP; PHILLIPS EDISON GROCERY CENTER OP GP I LLC; PE GROCERY CENTER OP GP II LLC; PHILLIPS EDISON NTR LLC; PHILLIPS EDISON NTR II LLC; and PHILLIPS EDISON LIMITED PARTNERSHIP,<br><br>Defendants | Case No.: 2:17-cv-01549-MRH<br><br>The Honorable Mark R. Hornak<br><br><br>AND NOW, this 28th day of March, 2018, IT IS SO ORDERED.<br>UNITED STATES DISTRICT JUDGE |

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION
## WITH PREJUDICE

Plaintiffs, Josie Badger and Emily Gellatly (collectively, "Plaintiffs"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismiss in its entirety and with prejudice as between Plaintiffs and Defendants the above entitled action, with each party to bear its own costs.

No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules. Further, no opposing party has served either an answer or a motion for summary judgment in the present case. Finally, no opposing party has filed a counterclaim, nor has any opposing party filed any motion adverse to the interests of Plaintiffs herein.

Dated: March 28, 2018                    Respectfully Submitted,

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet
bsweet@carlsonlynch.com
**CARLSON LYNCH SWEET
KILPELA & CARPENTER, LLP**
1133 Penn Ave., 5th Floor
Pittsburgh, PA 15222
T: (412) 253-6359
F: (412) 231-0246

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on March 28, 2018.

<u>/s/ Benjamin J. Sweet</u>